IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-MJ-__88__-DCK     **SEALED**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER TO SEAL** |
| JORGE DAVID FLORES-PALMA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the United States' "Motion to Seal," which seeks an Order directing that the Criminal Complaint, the Affidavit, the Arrest Warrant, the Motion, and this Order be sealed to protect the secrecy of the on-going nature of the investigation in this matter until further Order of this court.

**IT IS, THEREFORE, ORDERED** that the above-captioned case be sealed until further Order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

**SO ORDERED**.

Signed: March 31, 2023

David C. Keesler
United States Magistrate Judge