# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:23-MJ-088-DCK-1 *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JORGE DAVID FLORES-PALMA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Unseal The Complaint" (Document No. 5) filed April 11, 2023. Having carefully considered the motion and the record, the undersigned will grant the motion.

By the instant motion, the Government seeks to unseal the Criminal Complaint and Affidavit in the above-captioned case. It appears to the Court that there no longer exists any danger to the attendant investigation in this case.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Unseal The Complaint" (Document No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk's Office provide certified copies of this Order to defense counsel, U.S. Probation, the U.S. Marshals Service, and the United States Attorney's Office.

**SO ORDERED**.

Signed: April 11, 2023

_David C. Keesler_
United States Magistrate Judge