IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-MJ-088-DCK-1 *SEALED*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| JORGE DAVID FLORES-PALMA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Government's Motion To Dismiss" (Document No. 6) filed April 11, 2023. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Government's Motion To Dismiss" (Document No. 6) is **GRANTED**. The charges against Defendant in the above-captioned Criminal Complaint and Arrest Warrant are **DISMISSED without prejudice**.

**SO ORDERED**.

Signed: April 11, 2023

David C. Keesler
United States Magistrate Judge